1  **GUTRIDE SAFIER LLP**
   SETH A. SAFIER (State Bar No. 197427)
2  seth@gutridesafier.com
   MARIE MCCRARY (State Bar No. 262670)
3  marie@gutridesafier.com
   100 Pine Street, Suite 1250
4  San Francisco, CA 94111
   Telephone: (415) 639-9090
5  Facsimile: (415) 449-6469

6  *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER CARSON and BRIGETTE LOWE, as individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RUDI'S ORGANIC AND GLUTEN FREE BRANDS INC.,<br><br>Defendant. | Case No. 4:23-cv-02975-YGR<br><br>STIPULATION OF DISMISSAL |

The parties, Plaintiffs HEATHER CARSON and BRIGETTE LOWE ("Plaintiffs") and Defendant RUDI'S ORGANIC AND GLUTEN FREE BRANDS INC. ("Rudi's"), submit this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiffs and Rudi's (collectively the "Parties") stipulate that all of Plaintiffs' individual claims brought in this litigation are hereby dismissed with prejudice. The Parties further stipulate that all putative class member claims are dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated:  December 19, 2023  **GUTRIDE SAFIER LLP**

/s/
Seth A. Safier, Esq.
100 Pine Street, Suite 1250
San Francisco, California 94111

Attorneys for Plaintiffs HEATHER CARSON and BRIGETTE LOWE

Dated: December 19, 2023  **FAEGRE DRINKER BIDDLE & REATH LLP**

/s/
Tyler A Young, Esq.
2200 Wells Fargo Center, 90 South Seventh St.
Minneapolis, MN 55402

Attorneys for Defendant Rudi's Organic and Gluten Free Brands Inc.